IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 09-00079 |
| What A Spectacle, Inc. | ) | Chapter 7 |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

### ORDER TO RETAIN AUCTIONEER, APPROVE SALE OF ASSETS FREE AND CLEAR OF LIENS, NOTICE TO CREDITORS AND TURNOVER OF RECORDS

AT CHICAGO, ILLINOIS in said District and Division, before the Honorable Jacqueline P. Cox, Bankruptcy Judge, this ____ day of March, 2009.

THIS MATTER COMING ON TO BE HEARD on the Motion of Glenn R. Heyman, Trustee, praying for the entry of an order authorizing him to sell the assets of the Debtor free and clear of liens and turnover records, all as more fully set forth in the motion, notice having been served on all known creditors and parties in interest, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED AS FOLLOWS:

A)  Glenn R. Heyman, Trustee herein be and he is hereby authorized to retain the services of Don Dodge and American Auction Associates, Inc. as auctioneer;

B)  The Trustee is hereby authorized to sell the assets of the Debtor free and clear of liens in a public auction sale to be performed by American Auction Associates Inc., on the 19th day of March, 2009 at the hour of 11:00a.m at 4214 N. Arlington Heights Road, Arlington Heights, Illinois.; and

C)  The Notice of the sale to all known creditors and parties in interest that is given with this motion is hereby approved; and

D)  Objections, if any, to the sale must be in writing and filed with the Clerk of the U.S. Bankruptcy Court on or before the 16th day of March, 2009 with a copy thereof served on the Trustee; and

E)  A hearing on objections to the sale, if any, will be conducted by the Court on the 18th day of March, 2009 at the hour of 10:00 a.m.; and

F) The trustee is authorized to turn over all client records to I See 4 You, LLC on the terms and conditions as outlined in the Motion.

3/4/09

By the Court

*Jacqueline P. Cox*

By: ___J. Cox___
Bankruptcy Judge

GLENN R. HEYMAN, ESQ.
(Atty. Reg. #01207938)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois 60603
312/641-6777