UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: WHAT A SPECTACLE, INC. | § § § | Case No. 09-00079 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/17/2009 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/16/2009</u>    By:    <u>/s/GLENN R. HEYMAN</u>
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: WHAT A SPECTACLE, INC. | § | Case No. 09-00079 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,817.30 |
| *and approved disbursements of* | $ 2,068.59 |
| *leaving a balance on hand of* [1] | $ 7,748.71 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 1,731.73 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 2,697.00 | $ 383.19 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Popowcer Katten, Ltd. | $ 1,010.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,040.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3P | Illinois Department of Revenue | $ 860.00 | $ 165.00 |
| 9P | Internal Revenue Service | $ 9,180.30 | $ 1,761.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,079.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Commonwealth Edison | $ 274.37 | $ 0.00 |
| 2 | Eye On | $ 99.86 | $ 0.00 |
| 3U | Illinois Department of Revenue | $ 284.00 | $ 0.00 |
| 4 | International Monetary Systems | $ 11,957.86 | $ 0.00 |
| 5 | Bushnell Performance Optics | $ 1,210.14 | $ 0.00 |
| 6 | American Express Bank FSB | $ 6,445.49 | $ 0.00 |
| 7 | American Express Bank FSB | $ 4,434.73 | $ 0.00 |
| 8 | American Express Bank FSB | $ 9,835.90 | $ 0.00 |
| 9U | Internal Revenue Service | $ 0.13 | $ 0.00 |
| 10 | Walman Optical | $ 8,176.43 | $ 0.00 |
| 11 | Marcolin Eyewear | $ 1,360.09 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

                                                                     Prepared By:  /s/GLENN R. HEYMAN
                                                                                             Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dgomez                 Page 1 of 2                   Date Rcvd: Nov 17, 2009
Case: 09-00079                 Form ID: pdf006              Total Noticed: 52

The following entities were noticed by first class mail on Nov 19, 2009.
 db           +What A Spectacle, Inc.,    4214 North Arlington Heights Road,    Arlington Heights, IL 60004-1372
 aty          +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
 tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
13017402     ++ADVANTA,    WELSH AND MCKEAN RD,    P O BOX 844,    SPRING HOUSE PA 19477-0844
              (address filed with court:   Advanta Bank Corp,     PO Box 30715,    Salt Lake City, UT 84130-0715)
13017403      Aflac,    Attn: Remittance Processing Service,    1932 Wynnton Road,    Columbus, GA 31999-0797
13017404     +Alternative Eyewear,    2215 Kenmore Avenue,    Buffalo, NY 14207-1305
13017405     +American Express,    PO Box 981535,    El Paso, TX 79998-1535
13842141      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13017407     +BBH Eyewear, Inc.,    65 Sea Cliff Avenue,    Glen Cove, NY 11542-4320
13017408     +Best Image Optical, Inc.,    2618 NW 112th Ave.,    Miami, FL 33172-1818
13017409     +Bushnell Performance Optics,    9200 Cody,    Overland Park, KS 66214-1734
13017410     +C & H Contact Lens Inc.,    2836 Walnut Hill Lane,    Dallas, TX 75229-5710
13017411      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13017412     +Cintas Fire Protection,    1870 Brummel Drive,    Elk Grove Village, IL 60007-2121
13017413     +Clearvision Optical Company,    425 Rabro Drive,    Suite 2,    Hauppauge, NY 11788-4245
13017415      Europa International,    730 Hastings Lane,    Buffalo Grove, IL 60089-6904
13017416      Eye On,    PO Box 260557,    Plano, TX 75026-0557
13017417     +Farmers Insurance,    c/o Joseph Bertram Ins. Agy Inc.,    430 Milwaukee Ave,
                Lincolnshire, IL 60069-3015
13017418     +HomePages,    PO Box 982,    Dekalb, IL 60115-0982
13017419     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,     Bankruptcy Unit,
                100 W Randolph St., #7-400,    Chicago IL 60601)
13017420     +IMS,    7449 N. Natchez Ave.,    Niles, IL 60714-3801
13017421     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,     Centralized Insolvency Operations,
                P.O. Box 21126,    Philadelphia, PA 19114)
13763962     +International Monetary Systems,    16901 W Glendale Dr,    New Berlin WI 53151-2723
13017422     +Jai Kudo USA, LLLP,    8 Industrial Drive,    Hudson, NH 03051-3921
13017423     +KIC Filter Services,    2206 Flicker,    Rolling Meadows, IL 60008-1317
13017424      Luxottica Group,    44 Harbor Park Drive,    Port Washington, NY 11050-4686
13017426      Marcolin Eyewear,    7543 East Tierra Buena Lane,    Scottsdale, AZ 85260-1630
13017425     +Marcolin Eyewear,    Dept. 2063,    PO Box 29661,    Phoenix, AZ 85038-9661
13017427     +Money Mailer,    62 Oak Ridge Lane,    Deer Park, IL 60010-3642
13017428     +Nassau Lens Co, Inc.,    c/o Allen Maxwell & Silver,    190 Sylvan Avenue,
                Englewood Cliffs, NJ 07632-2546
13017429     +Nassau Lens Co., Inc,    160 LeGrand Ave,    Northvale, NJ 07647-2484
13017432      National City,    PO Box 856176,    Louisville, KY 40285-6176
13017433      National City,    PO Box 8043,    Royal Oak, MI 48068-8043
13017430      National City,    PO Box 2349 #KA16F5,    Kalamazoo, MI 49003-2349
13017431     +National City,    One National City,    Kalamazoo, MI 49009-8002
13017434     +National City,    c/o Allied Interstate,    3000 Corporate Exchange Drive,
                Columbus, OH 43231-7689
13017436     +Optical Distributor Group,    4 Skyline Drive,    Hawthorne, NY 10532-2147
13017437     +PowerUser Incorporated,    Integrated Network Technologies,    251 Milwaukee Ave, Ste 200,
                Buffalo Grove, IL 60089-2828
13017438     +Precise Cuts,    3411 N. Kennicott Ave.,    Suite A,    Arlington Heights, IL 60004-7813
13017439     +Revolution,    997 Flower Glen Street,    Simi Valley, CA 93065-1926
13017440     +Royal Publishing,    7620 N Harker Drive,    Peoria, IL 61615-1857
13017441     +Sharper,    110 Pacific Ave.,,    Suite 850,    San Francisco, CA 94111-1962
13017442     +Silhouette,    260 Cannon Street,    Green Island, NY 12183-1552
13017443      Small Business-NCC,    K-A16-2B,    PO Box 500,    Portage, MI 49081-0500
13017444     +Terramere Shopping Center LLC,    830 S Buffalo Grove Road,    Suite 106,
                Buffalo Grove, IL 60089-3772
13017445     +Village of Arlington Heights,    33 S. Arlington Heights Rd.,    Arlington Heights, IL 60005-1499
13017446      Vistakon,    PO Box 10157,    Jacksonville, FL 32247-0157
13017448      WAMU/PRVDN,    PO Box 660509,    Dallas, TX 75266-0509
13017447     +Walman Optical,    801 Twelfth Avenue North,    Minneapolis, MN 55411-4294

The following entities were noticed by electronic transmission on Nov 17, 2009.
13017406     +E-mail/PDF: controller@aspexeyewear.com Nov 18 2009 07:51:32      Aspex Eyewear Group,
                2755 SW 32nd Ave.,    Hollywood, FL 33023-7700
13017414      E-mail/Text: legalcollections@comed.com                           Commonwealth Edison,
                Bill Payment Center,    Chicago, IL 60668-0001
13017435      E-mail/Text: bankrup@nicor.com                                    Nicor Gas,   ALL MAIL GOES TO,
                Bankruptcy Dept. PO Box 190,    Aurora, IL 60507-0190
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Crane, Heyman, Simon, Welch & Clar
 aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dgomez            Page 2 of 2             Date Rcvd: Nov 17, 2009
Case: 09-00079                Form ID: pdf006         Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                **Signature:** _/s/ Joseph Speetjens_