# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: WHAT A SPECTACLE, INC. | § Case No. 09-00079 |
| | § |
| | § |
| Debtor(s) | § |

## AMENDED CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,300.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants:$3,020.79 | Claims Discharged Without Payment: $138,347.51 |
| Total Expenses of Administration:$7,891.01 | |

   3) Total gross receipts of $ 10,911.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,911.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,891.01 | 7,891.01 | 7,891.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 200.00 | 10,040.30 | 10,040.30 | 3,020.79 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 118,119.00 | 44,079.00 | 44,079.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $118,319.00 | $62,010.31 | $62,010.31 | $10,911.80 |

4) This case was originally filed under Chapter 7 on January 05, 2009. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2012          By: /s/GLENN R. HEYMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inventory of medical equipment, eyeglass frames | 1229-000 | 9,815.00 |
| Refund - IRS Civil Penalty-see Exh A Suppl Distr | 1224-000 | 1,094.02 |
| Interest Income | 1270-000 | 2.78 |
| **TOTAL GROSS RECEIPTS** | | **$10,911.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,731.73 | 1,731.73 | 1,731.73 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,697.00 | 2,697.00 | 2,697.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 383.19 | 383.19 | 383.19 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,010.50 | 1,010.50 | 1,010.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| American Auction Associates, Inc. | 3620-000 | N/A | 2,068.59 | 2,068.59 | 2,068.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,891.01 | $7,891.01 | $7,891.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Illinois Department of Revenue | 5800-000 | 100.00 | 860.00 | 860.00 | 258.75 |
| 9P | Internal Revenue Service | 5800-000 | 100.00 | 9,180.30 | 9,180.30 | 2,762.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $200.00 | $10,040.30 | $10,040.30 | $3,020.79 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison | 7100-000 | 270.00 | 274.37 | 274.37 | 0.00 |
| 2 | Eye On | 7100-000 | 98.00 | 99.86 | 99.86 | 0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 284.00 | 284.00 | 0.00 |
| 4 | International Monetary Systems | 7100-000 | N/A | 11,957.86 | 11,957.86 | 0.00 |
| 5 | Bushnell Performance Optics | 7100-000 | 1,210.00 | 1,210.14 | 1,210.14 | 0.00 |
| 6 | American Express Bank FSB | 7100-000 | 6,522.00 | 6,445.49 | 6,445.49 | 0.00 |
| 7 | American Express Bank FSB | 7100-000 | 4,400.00 | 4,434.73 | 4,434.73 | 0.00 |
| 8 | American Express Bank FSB | 7100-000 | 10,058.00 | 9,835.90 | 9,835.90 | 0.00 |
| 9U | Internal Revenue Service | 7100-000 | N/A | 0.13 | 0.13 | 0.00 |
| 10 | Walman Optical | 7100-000 | 7,009.00 | 8,176.43 | 8,176.43 | 0.00 |
| 11 | Marcolin Eyewear | 7100-000 | 1,303.00 | 1,360.09 | 1,360.09 | 0.00 |
| NOTFILED | Money Mailer | 7100-000 | 570.00 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 9,853.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nassau Lens Co, Inc. c/o Allen Maxwell & Silver | 7100-000 | 19,119.00 | N/A | N/A | 0.00 |
| NOTFILED | Luxottica Group | 7100-000 | 334.00 | N/A | N/A | 0.00 |
| NOTFILED | Jai Kudo USA, LLLP | 7100-000 | 8,822.00 | N/A | N/A | 0.00 |
| NOTFILED | KIC Filter Services | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Insurance c/o Joseph Bertram Ins. Agy Inc. | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | IMS | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | HomePages | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas ALL MAIL GOES TO | 7100-000 | 14.00 | N/A | N/A | 0.00 |
| NOTFILED | Vistakon | 7100-000 | 474.00 | N/A | N/A | 0.00 |
| NOTFILED | Optical Distributor Group | 7100-000 | 3,768.00 | N/A | N/A | 0.00 |
| NOTFILED | Revolution | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | Sharper | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | Royal Publishing | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | Terramere Shopping Center LLC | 7100-000 | 7,509.00 | N/A | N/A | 0.00 |
| NOTFILED | PowerUser Incorporated Integrated Network | 7100-000 | 161.00 | N/A | N/A | 0.00 |
| NOTFILED | Precise Cuts | 7100-000 | 1,484.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Arlington Heights | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Europa International | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | WAMU/PRVDN | 7100-000 | 9,109.00 | N/A | N/A | 0.00 |
| NOTFILED | Silhouette | 7100-000 | 1,140.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,470.00 | N/A | N/A | 0.00 |
| NOTFILED | Aflac | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank Corp | 7100-000 | 8,408.00 | N/A | N/A | 0.00 |
| NOTFILED | Clearvision Optical Company | 7100-000 | 4,964.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Fire Protection | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,067.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Image Optical, Inc. | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | C & H Contact Lens Inc. | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Alternative Eyewear | 7100-000 | 2,940.00 | N/A | N/A | 0.00 |
| NOTFILED | BBH Eyewear, Inc. | 7100-000 | 915.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspex Eyewear Group | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Europa International | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$118,119.00** | **$44,079.00** | **$44,079.00** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-00079
**Case Name:** WHAT A SPECTACLE, INC.

**Period Ending:** 10/02/12

**Trustee:** (330360) GLENN R. HEYMAN
**Filed (f) or Converted (c):** 01/05/09 (f)
**§341(a) Meeting Date:** 02/10/09
**Claims Bar Date:** 06/08/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 2 | Security Deposit | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 3 | TV, Audio, Furniture, Fixtures | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 4 | Accounts Receivable | 1,300.00 | 1,300.00 | DA | 0.00 | FA |
| 5 | Inventory of medical equipment, eyeglass frames (u) | 0.00 | 0.00 | | 9,815.00 | FA |
| 6 | Checking Account Harris Bank<br>  Checking Account Harris Bank | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | Refund - IRS Civil Penalty-see Exh A Suppl Distr (u) | Unknown | Unknown | | 1,094.02 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.78 | FA |
| 7 | **Assets    Totals (Excluding unknown values)** | **$9,300.00** | **$9,300.00** | | **$10,911.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

   03/19: Auction of assets at location gross amount: $9,600.00 per Don Dodge.
   05/05: Ltr sent to debtor's atty requesting turnover of Harris Bank account and breakdown of receivables.
   05/19: Hire Lois West to prepare tax returns.
   07/01: sent letter to Harris Bank to turnover funds held

   06/2011: Rec'd refund of tax penalty from a prior return, opened another bank account.
   Need to ask USTO what to do about a supplemental distribution.
   12/2011: Filed supplemental distribution with Court. Checks have cleared, zero balance in bank account (dk)

**Initial Projected Date Of Final Report (TFR):** February 28, 2010       **Current Projected Date Of Final Report (TFR):** October 21, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-00079 |
|---|---|
| Case Name: | WHAT A SPECTACLE, INC. |
| Taxpayer ID #: | **-***0651 |
| Period Ending: | 10/02/12 |

| Trustee: | GLENN R. HEYMAN (330360) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****22-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/09 | {5} | American Auction Associates, Inc. | AUCTION PROCEEDS | 1229-000 | 9,815.00 | | 9,815.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 9,815.02 |
| 04/23/09 | 1001 | American Auction Associates, Inc. | Payment of Expenses for Auction Sale | 3620-000 | | 2,068.59 | 7,746.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 7,746.82 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,747.12 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,747.45 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,747.77 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,748.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,748.40 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,748.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,749.03 |
| 12/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.16 | | 7,749.19 |
| 12/17/09 | | To Account #********2266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 7,749.19 | 0.00 |

|  | ACCOUNT TOTALS | 9,817.78 | 9,817.78 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 7,749.19 | |
| | Subtotal | 9,817.78 | 2,068.59 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $9,817.78 | $2,068.59 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-00079 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | WHAT A SPECTACLE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****22-66 - Checking Account |
| Taxpayer ID #: | **-***0651 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/02/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/09 | | From Account #********2265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 7,749.19 | | 7,749.19 |
| 12/17/09 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,731.73, Trustee Compensation; Reference: | 2100-000 | | 1,731.73 | 6,017.46 |
| 12/17/09 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,010.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,010.50 | 5,006.96 |
| 12/17/09 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,697.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,697.00 | 2,309.96 |
| 12/17/09 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $383.19, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 383.19 | 1,926.77 |
| 12/17/09 | 105 | Illinois Department of Revenue | Dividend paid 19.19% on $860.00; Claim# 3P; Filed: $860.00; Reference: | 5800-000 | | 165.04 | 1,761.73 |
| 12/17/09 | 106 | Internal Revenue Service | Dividend paid 19.19% on $9,180.30; Claim# 9P; Filed: $9,180.30; Reference: | 5800-000 | | 1,761.73 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,749.19 | 7,749.19 | $0.00 |
| | | | Less: Bank Transfers | | 7,749.19 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,749.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,749.19 | |

{} Asset reference(s)                                                                                          Printed: 10/02/2012 11:30 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-00079 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | WHAT A SPECTACLE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******22-67 - Money Market Account |
| Taxpayer ID #: | **-***0651 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/02/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | {7} | United States Treasury | Refund of 2006 Civil Penalty | 1224-000 | 567.23 | | 567.23 |
| 12/05/11 | 1001 | Illinois Department of Revenue | Dividend paid  24.83% on $860.00; Claim# 3P; Filed: $860.00; Reference: | 5800-000 | | 48.58 | 518.65 |
| 12/05/11 | 1002 | Internal Revenue Service | Dividend paid  24.83% on $9,180.30; Claim# 9P; Filed: $9,180.30; Reference: | 5800-000 | | 518.65 | 0.00 |
| | | | ACCOUNT TOTALS | | 567.23 | 567.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 567.23 | 567.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $567.23 | $567.23 | |

{} Asset reference(s)                                                                Printed: 10/02/2012 11:30 AM    V.13.04

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-00079 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | WHAT A SPECTACLE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******22-68 - Checking Account |
| Taxpayer ID #: | **-***0651 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/02/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/12 | {7} | United State Treasury | Second Refund of IRS Civil Penalty | 1224-000 | 526.79 | | 526.79 |
| 09/13/12 | 1001 | Illinois Department of Revenue | Dividend paid 30.08% on $860.00; Claim# 3P; Filed: $860.00; Reference: | 5800-000 | | 45.13 | 481.66 |
| 09/13/12 | 1002 | Internal Revenue Service | Dividend paid 30.08% on $9,180.30; Claim# 9P; Filed: $9,180.30; Reference: | 5800-000 | | 481.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 526.79 | 526.79 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 526.79 | 526.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $526.79 | $526.79 | |

| Net Receipts : | 10,911.80 |
|---|---|
| Net Estate : | $10,911.80 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 9,817.78 | 2,068.59 | 0.00 |
| Checking # ***-*****22-66 | 0.00 | 7,749.19 | 0.00 |
| MMA # 9200-******22-67 | 567.23 | 567.23 | 0.00 |
| Checking # 9200-******22-68 | 526.79 | 526.79 | 0.00 |
| | $10,911.80 | $10,911.80 | $0.00 |

{} Asset reference(s)    Printed: 10/02/2012 11:30 AM    V.13.04